1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Silvia Ochoa Martinez et al, | NO. C 09-01680 JW |
| Plaintiff(s), | **ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES** |
| v. | |
| BK Painting et al, | |
| Defendant(s). | |
| _____/ | |

The Court having reviewed the parties' joint case management conference statement (Docket Item No. 14) finds that the parties' have consented to proceed before a United States Magistrate Judge for all purposes.

The Court vacates the November 23, 2009 Case Management Conference. The Clerk of Court shall reassign this case to a Magistrate Judge for all purposes.

Dated: November 19, 2009

_James Ware_____
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Adam Wang adamqwang@gmail.com

Adam Lee Pedersen alpedersen@gmail.com

3

Antoinette Gary Mills tonimills@agmlaw.com

4

**Dated:  November 19, 2009**                                 **Richard W. Wieking, Clerk**

5

6

**By:____/s/ JW Chambers_____**

          **Elizabeth Garcia**

7

          **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28