UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| SILVIA OCHOA MARTINEZ, ET AL., | No. C09-1680 RS MED |
| Plaintiffs, | **ORDER APPROVING REQUEST FOR PLAINTIFF PABLO HERNANDEZ TO PARTICIPATE IN MEDIATION BY TELEPHONE** |
| v. | |
| BK PAINTING, ET AL., | |
| Defendants. | Date:     January 26, 2010<br>Mediator:  Peter Rukin |

IT IS HEREBY ORDERED that plaintiff Pablo Hernandez is excused from appearing in person at the January 26, 2010, mediation before Peter Rukin. Mr. Hernandez shall be available to participate throughout the mediation by telephone. In addition, plaintiff's counsel Adam Wang must obtain advance written authorization to execute any document on behalf on Mr. Hernandez in the event a settlement is reached at the mediation.

IT IS SO ORDERED.

January 4, 2010             By:     _Elizabeth D. Laporte_
Dated                                   Elizabeth D. Laporte
                                        United States Magistrate Judge