**\*E-Filed 4/5/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILVIA OCHOA MARTINEZ, et al. | Case No. C 09-1680 RS |
| Plaintiffs, v. | **ORDER TO SHOW CAUSE** |
| BK PAINTING, et al., | |
| Defendants. / | |

The parties engaged in a mediation in February of 2010, but no activity appears to have taken place in the year since then. Accordingly, plaintiffs shall either file a request for dismissal or shall appear on April 21, 2011, at 1:30 p.m. and show cause why this action should not be dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated: 4/5/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE