**\*E-Filed 4/7 /11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILVIA OCHOA MARTINEZ, et al. | Case No. C 09-1680 RS |
| Plaintiffs, | |
| v. | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING PERIODIC STATUS REPORTS** |
| BK PAINTING, et al., | |
| Defendants. | |

Individual defendant Bill Won Yi has filed a "notice of stay of proceedings" regarding an individual petition for bankruptcy he filed in early 2010. Although bankruptcy court records indicate that proceeding was closed and that Yi was granted a discharge, plaintiffs herein initiated an adversary proceeding in the bankruptcy court against Yi and defendant BK Painting regarding the claims that are the subject of this action. That action is still pending.[1] Accordingly, the order to

---

[1] On April 1, 2011, plaintiffs represented to the bankruptcy court that the matter was still "early in the discovery process," a somewhat remarkable assertion given that this action was filed nearly two years ago.

show cause herein is discharged, and the hearing set for April 21, 2011 is vacated.  The parties shall file a joint status report on August 1, 2011 and every 90 days thereafter.

IT IS SO ORDERED.

Dated: 4/7/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE